**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff,**

v.

**WATSON STANDARD COMPANY, Defendant.**

Civ. A. No. 86–1206.

United States District Court,
W.D. Pennsylvania.

Sept. 22, 1987.

Cheryl A.P. Rollins, Reginald L. Sydnor, Philadelphia, Pa., for E.E.O.C.

Timothy Hewitt, Latrobe, Pa., for defendant.

ORDER

ROSENBERG, District Judge.

AND NOW, TO–WIT, this 22nd day of September, 1987, after examining the affidavit and counter-affidavit, it would indicate that there is a compliance rather than a non-compliance, therefore, the Motion filed for Summary Judgment based upon

**632**

the fact that the matter was not in compliance with either the state or federal statutes of limitation is hereby denied. *Carney v. All Saints Hospital,* 813 F.2d 396 (3d Cir.1987).